■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
LEROI WILLIAMS, Appellant.—Judgment, Supreme Court, New
York County (Robert Haft, J.), rendered on July 9, 1987,
unanimously affirmed. The motion by appellant to enlarge the
record is granted. No opinion. Concur—Sullivan, J. P., Carro,
Asch, Kassal and Wallach, JJ.